October 24, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

## EX PARTE HECTOR ARTURO CAMPOS

NO. 14-17-00492-CR

_____

This cause was heard on the State's motion to dismiss the appeal from the order signed by the court below on June 12, 2017. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.